# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133317(39)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

THURMAN JONES,
        Defendant-Appellee.

SC: 133317
COA: 273193
Genesee CC: 05-015500-FC

_____/

On order of the Court, the motion for reconsideration of this Court's September 14, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant reconsideration and, on reconsideration, would reverse the judgment of the trial court for the reasons set forth in his dissenting statement in *People v Jones*, ___ Mich ___ (2007).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

d1119